# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

CARLA DENEISE BLACKMAN  
3213 HEALY DR  
NASHVILLE, TN  37207

14-05923-MH3-13

JUDGE MARIAN F HARRISON

SSN XXX-XX-3347

Date: 06/05/17

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS 06/27/17.**

**IF A RESPONSE IS TIMELY FILED THE HEARING DATE WILL BE: 07/19/17 AT 8:30 AM CUSTOMS HOUSE, COURTROOM 1, 701 BROADWAY, 2ND FL, NASHVILLE, TN , 37203.**

## NOTICE OF MOTION TO MODIFY CHAPTER 13 PLAN
## TO MODIFY OR ADD CONTINUING PAYMENT

Henry E. Hildebrand, III, Chapter 13 Trustee, has asked the court for the following relief: Motion to Modify Chapter 13 Plan To Modify or Add Continuing Payment.

**YOUR RIGHTS MAY BE AFFECTED**.  If you do not want the court to grant the attached motion or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1. File with the court your response or objection explaining your position.  Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing.  Any response objection you wish to file must be submitted electronically.  To file electronically, you or your attorney must go to the court website and follow the instructions at: https://ecf.tnmb.uscourts.gov.

If you need assistance with Electronic Case Filing you may call the Bankruptcy Court at (615)736-5584.  The Bankruptcy Court may be visited in person at: US Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M.- 4:00 P.M.).

2. Your response must state the deadline for filing response,  the date of the scheduled hearing,  and the motion to which you are responding.

If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE**. You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584. If you received this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy Procedure.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

/s/ Henry E. Hildebrand, III  
HENRY E. HILDEBRAND, III  
CHAPTER 13 TRUSTEE  
P O BOX 340019  
NASHVILLE, TN  37203  
PHONE:  615-244-1101  
FAX:  615-242-3241  
pleadings@ch13nsh.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

CARLA DENEISE BLACKMAN  
3213 HEALY DR  
NASHVILLE, TN  37207

CASE NO. 14-05923-MH3-13

SSN XXX-XX-3347                                          06/05/2017

## TRUSTEE'S MOTION TO MODIFY CHAPTER 13 PLAN
## TO MODIFY OR ADD CONTINUING PAYMENT

  HENRY E. HILDEBRAND, III, Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, moves this court to modify the plan previously confirmed in the above-styled case pursuant to 11 U.S.C. §1329. In support of this motion, the Trustee would state that he has received a communication from a creditor being treated as a continuing claim. Based on the claim and supporting documentation, the monthly payment must either increase or now be paid by the Trustee's office, in lieu of prior direct payment by the debtor(s).

  Specifically the Trustee requests the following modification:

 **Direct C. BLACKMAN** to increase from **$331.00** WEEKLY to **$378.00** WEEKLY

 The continuing **mortgage** payment made to **TENNESSEE HOUSING DEVELOPMENT AGENCY** shall increase from **$650.08 to $851.77** beginning with the **05/17** disbursement.

 The base shall **increase from $85,700 to $89,400.**

PLEASE TAKE NOTE: The granting of this motion could impact the below listed creditors in that the Trustee is seeking to cause the continuing payments to be brought current (payments between the commencement date noted in paragraph 2, above and the date of approval) before distribution to secured creditors. Impacted creditors are:

**TENN LOAN INC** at **$20.00** per month.

                                        /s/ Henry E. Hildebrand, III
                                        HENRY E. HILDEBRAND, III
                                        CHAPTER 13 TRUSTEE
                                        P O BOX 340019
                                        NASHVILLE, TN  37203
                                        PHONE:  615-244-1101
                                        FAX:  615-242-3241
                                        pleadings@ch13nsh.com

## CERTIFICATE OF SERVICE

 I hereby certify that a true and correct copy of the foregoing has been served by US Postal Service, postage prepaid on CARLA DENEISE BLACKMAN, 3213 Healy Dr, Nashville, TN  37207; and

TENNESSEE HOUSING DEVELOPMENT AGENCY  4801 FREDERICA STREET, OWENSBORO, KY  42301;

 TENNESSEE HOUSING DEVELOPMENT AGENCY P O BOX 190010,  LITTLE ROCK, AR  72209;

LAW OFFICES OF J.PHILLIP JONES  1800 HAYES ST, NASHVILLE, TN  37203;
TENN LOAN INC  THE HOUSING FUND, 305 11TH AVE SOUTH, NASHVILLE, TN  37203

TENNESSEE HOUSING DEVELOPMENT AGENCY, 404 JAMES ROBERTSO PARKWAY STE 1200, NASHVILLE, TN 37243;

and by email by Electronic Case Noticing to Ms Beth R Derrick, Assistant US Trustee, and MARK PODIS AND ASSOCIATES, Debtor's counsel
on this 6th day of June, 2017.

```
                                            /s/ Henry E. Hildebrand, III
                                            HENRY E. HILDEBRAND, III
                                            Chapter 13 Trustee
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE:                                                          CASE NO. 14-05923-MH3-13

CARLA DENEISE BLACKMAN
3213 HEALY DR
NASHVILLE, TN  37207

SSN XXX-XX-3347                                                 06/05/2017

**ORDER TO MODIFY CHAPTER 13 PLAN**
**TO MODIFY OR ADD CONTINUING PAYMENT**

It appearing to the Court that the Trustee has filed a Motion to Modify plan pursuant to Rule 9013-1 of the local rules of Bankruptcy Court for the Middle District of Tennessee and that no objections thereto have been timely filed so that the Trustees Motion should be granted as requested.  It is therefore ordered that the Debtor(s)plan shall be amended as follows:

**Direct C. BLACKMAN** to increase from **$331.00** WEEKLY to **$378.00** WEEKLY

The continuing **mortgage** payment made to **TENNESSEE HOUSING DEVELOPMENT AGENCY** shall increase from **$650.08 to $851.77** beginning with the **05/17** disbursement.

The base shall **increase from $85,700 to $89,400.**

PLEASE TAKE NOTE: The granting of this motion could impact the below listed creditors in that the Trustee is seeking to cause the continuing payments to be brought current (payments between the commencement date noted in paragraph 2, above and the date of approval) before distribution to secured creditors.
Impacted creditors are:

**TENN LOAN INC** at **$20.00** per month.

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III                        THIS ORDER WAS SIGNED AND ENTERED
HENRY E. HILDEBRAND, III                            ELECTRONICALLY AS INDICATED AT THE TOP
CHAPTER 13 TRUSTEE                                  OF THE FIRST PAGE.
P O BOX 340019
NASHVILLE, TN  37203
PHONE:  615-244-1101
FAX:  615-242-3241
pleadings@ch13nsh.com